NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANKLIN R. PERKINS,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2013-3074

---

Petition for review of the Merit Systems Protection Board in case no. DA315I120162-I-1.

---

**ON MOTION**

---

**O R D E R**

Franklin R. Perkins moves for leave to proceed in forma pauperis. In his motion, he asserts that he already paid a fee in the United States District Court for the Western District of Oklahoma, which then transferred the case to this court.

Upon consideration thereof,

IT IS ORDERED THAT:

FRANKLIN PERKINS v. AIR FORCE                                   2

Because Mr. Perkins paid a fee in the Oklahoma court, which transferred his case here, his motion for leave to proceed in forma pauperis is moot. He is not required to pay a separate filing fee in this court.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s24